**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
JOSHUA CUEVAS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA CUEVAS,<br><br>            Plaintiff,<br><br>    vs.<br><br>PARVIZ KASHFIAN, AS TRUSTEE OF KASHFIAN TRUST; and DOES 1 to 10,<br><br>            Defendants. | **Case No.: 2:21-cv-03818 FLA (PLAx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that JOSHUA CUEVAS

("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby

voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil

Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

> (1)    *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66
>
>         and any applicable federal statute, the plaintiff may dismiss an action
>
>         without a court order by filing:
>
>         (i)    A notice of dismissal before the opposing party serves either an
>
>                answer or a motion for summary judgment.

1

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

1    None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for

2    summary judgment.  Accordingly, this matter may be dismissed without an Order of the

3    Court.

4

5    DATED:  October 29, 2021        SO. CAL. EQUAL ACCESS GROUP

6

7                                              By:  ___*/s/   Jason J. Kim*_____

8                                                      Jason J. Kim, Esq.
                                                       Attorneys for Plaintiff
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**